UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Larry Burgess   Case No. 09-42544
 Chapter 7
 Debtor.   Honorable Marci B. McIvor

_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 74.94 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| DeBona, Siebert & Witkowski PC<br>31395 West 7 Mile Road<br>Suite G<br>Livonia, MI 48152 | 3 | $74.94 |

Dated: March 29, 2011   /s/ Charles J. Taunt_____.
 Charles J. Taunt, Trustee (P24589)
 700 East Maple, 2nd Floor
 Birmingham, MI 48009-6359
 (248) 644-7800
 Teetaunt@tauntlaw.com
 P24589